# United States District Court
# Central District of California

| | |
|---|---|
| BRIANNA RIVERA,<br><br>        Plaintiffs,<br><br>   v.<br><br>FINDERS SEEKERS, LLC,; AND DOES 1 THROUGH 10, inclusive,<br><br>        Defendants. | Case No. 2:19-cv-04053-ODW(JPRx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 15), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by October 17, 2019**, why settlement has not been finalized. No hearing will be held. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41. The Order to Show Cause for Failure to Prosecuted (EFC No. 14) is hereby discharged.

**IT IS SO ORDERED.**

September 18, 2019

                                                    _____
                                                      **OTIS D. WRIGHT, II**
                                           **UNITED STATES DISTRICT JUDGE**